IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-40-BO
No. 7:16-CV-111-BO

| | | |
|---|---|---|
| MICHAEL LEE GREEN, JR., | ) | |
| Petitioner, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This cause comes before the Court following petitioner's response to the government's motion to stay [DE 27], filed pursuant to this Court's order. [DE 22]. In light of petitioner's stated intention that this Court proceed to adjudicate his § 2255 motion, the stay in this matter is hereby LIFTED. The government is directed to answer or otherwise respond to petitioner's § 2255 motion and motion for pleading or summary judgment [DE 21] not later than February 3, 2017.

SO ORDERED, this *19* day of January, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE