UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:14-CR-40-1BO

| United States Of America | ) | JUDGMENT |
|---|---|---|
| vs. | ) | |
| Michael Lee Green, Jr. | ) | |

On August 16, 2001, Michael Lee Green, Jr appeared before the Honorable N. Carlton Tilley, U. S. District Judge in the Middle District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. §922(g) (1) & 924 (a) (2), Possession of Ammunition by a Convicted Felon was sentenced to the custody of the Bureau of Prisons for a term of 180 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Michael Lee Green, Jr. was released from custody and the term of supervised release commenced on January 23, 2014. On May 23, 2014, jurisdiction was transferred to the Eastern District of North Carolina.

From evidence presented at the revocation hearing on March 30, 2016, the court finds as a fact that Michael Lee Green, Jr., who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

It was ordered and adjudged that the supervised release term heretofore granted be revoked, and the defendant was ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months. The defendant filed a Motion pursuant to 18 U.S.C. § 2255, and the court ordered the revocation sentence be vacated. On February 24, 2017, a hearing was held and the court amended the revocation judgment and imposed a sentence of **TIME SERVED.**

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 27 day of February, 2017.

Terrence W. Boyle
U.S. District Judge